TUCKER ELLIS LLP
Daniel J. Kelly SBN 145088
daniel.kelly@tuckerellis.com
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
Northrop Grumman Shipbuilding, Inc.
now known as HUNTINGTON INGALLS INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY FONG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY et al.,<br><br>    Defendants. | Case No. **3:10-CV-04022-TEH**<br><br>**NOTICE OF ENTRY OF DISMISSAL OF NORTHROP GRUMMAN SHIPBUILDING, INC.** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Northrop Grumman Shipbuilding, Inc. was dismissed from this action, U.S.D.C. (E.D. Pa), Case No. 2:10-CV-83237-ER on February 16, 2011. A copy of the Dismissal Order is attached. Huntington Ingalls Incorporated fka Northrop Grumman Shipbuilding, Inc., fka Newport News Shipbuilding and Dry Dock Company is no longer a party to this case.

DATED: August 30, 2012          TUCKER ELLIS LLP



IT IS SO ORDERED
09/04/2012
Judge Thelton E. Henderson

By: _____
Daniel J. Kelly
Attorneys for Defendant
Northrop Grumman Shipbuilding, Inc.
now known as HUNTINGTON INGALLS INCORPORATED

1

NOTICE OF ENTRY OF DISMISSAL OF NORTHROP GRUMMAN SHIPBUILDING, INC.

SFOiManage\012433.000094 268074